IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cr-00300-REB

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.

FREDERICK G. MUCKERMAN

      Defendant(s).

---

ORDER TO CURE DEFICIENCY

---

Robert E. Blackburn, Judge

    Defendant Frederick G. Muckerman, submitted a Notice of Appeal on July 31, 2006. The court has determined that the document(s) is deficient as described in this order. Defendant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
        _X_   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
      ___ is not submitted
      ___ is not on proper form (must use the court's current form)
      ___ is missing original signature by plaintiff/petitioner on motion
      ___ is missing affidavit
      ___ affidavit is incomplete
      ___ is missing original signature by plaintiff/petitioner on affidavit
      ___ affidavit is not notarized or is not properly notarized
      ___ other_____

Accordingly, it is

    ORDERED that cure the deficiencies designated above within 30 days from the date of

this order. Any papers that filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if defendant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the case may be dismissed.

DATED at Denver, Colorado this 3rd day of August, 2006.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLORADO

2